UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-cr-00141-D

| UNITED STATES OF AMERICA | **ORDER TO SEAL** |
|---|---|
| v. | |
| SAMUEL ARNETT, JR. | |

On motion of the Defendant, Samuel Arnett, Jr., and for good cause shown, it is hereby

ORDERED that [DE 16] be sealed until otherwise ordered by the Court, except that copies may

be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 18th day of September, 2020.

_____
Robert B. Jones, Jr.
United States Magistrate Judge