UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-cr-00141-D

| UNITED STATES OF AMERICA | ORDER TO SEAL |
|---|---|
| v. | |
| SAMUEL ARNETT, JR. | |

On motion of the Defendant, Samuel Arnett, Jr., and for good cause shown, it is hereby ORDERED that [DE 23] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **26** day of October, 2020.

_____
JAMES C. DEVER III
United States District Judge