# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Samuel Arnett Jr.**                                    **Docket No. 7:20-CR-141-1D**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Cierra M. Wallace, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Samuel Arnett Jr., who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, on the 29th day of September, 2020.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 1, 2021, the defendant reported to the probation office that he has experienced emotional trauma since his release on pre-trial supervision. At this point, he believes that he would benefit from mental health treatment to appropriately address these issues. The defendant remains in full compliance with his conditions of release.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER**

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,                    I declare under penalty of perjury that the foregoing is true and correct.


/s/ David W. Leake                        /s/ Cierra M. Wallace
David W. Leake                            Cierra M. Wallace
Supervising U.S. Probation Officer        U.S. Probation Officer
                                          414 Chestnut Street, Suite 102
                                          Wilmington, NC 28401-4290
                                          Phone: 910-679-2034
                                          Executed On: March 3, 2021

### ORDER OF THE COURT

Considered and ordered on March 3, 2021 . It is further ordered that this document shall be filed and made a part of the records in the above case.


*Robert T. Numbers II*

Robert T. Numbers, II
United States Magistrate Judge