UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-cr-00141-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL ARNETT, JR. | **ORDER TO SEAL** |

On motion of the Defendant, Samuel Arnett, Jr., and for good cause shown, it is hereby ORDERED that [DE 35] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This **18** day of March, 2021.

JAMES C. DEVER III
United States District Judge